**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Janice Y. Thomas            CHAPTER 13
            Debtor(s)

BKY. NO. 21-11344 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of SLC 2018-1 Trust and index same on the master mailing list.

                                     Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
14 May 2021, 12:15:34, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322