Certificate Number: 03088-PAE-DE-035694794

Bankruptcy Case Number: 21-11344


03088-PAE-DE-035694794

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2021, at 5:50 o'clock PM CDT, Janice Y Thomas completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 21, 2021              By:   /s/Doug Tonne

                                 Name: Doug Tonne

                                 Title: Counselor