United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11344-amc |
| Janice Y. Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 23, 2021 | Form ID: 152 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Y. Thomas, 602 Wanamaker Road, Jenkintown, PA 19046-2222 |
| 14606936 | + | AES/CIT Trust, Attn: BK Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14606937 | + | Caine & Weiner, Attn: Bankruptcy Department, 5805 Sepulveda Blvd, Van Nuys, CA 91411-2546 |
| 14615266 | + | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14606947 | + | Eastern Account Systems, PO Box 837, Newtown, CT 06470-0837 |
| 14606950 | + | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14606953 | + | Municipl Collections of America, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14618378 | | SLC 2018-1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14618578 | + | SLC 2018-1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14608851 | + | SLC 2018-1 Trust, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14608655 | + | SLC 2018-1 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14606954 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14608894 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14609181 | + | U.S. Department of Housing and Urban Development, 2401 N.W. 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 14610583 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14610394 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14610395 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14613978 | + | Wells Fargo Bank, N.A., Default Document Processing, 1 Home Campus, Des Moines IA 50328-0001 |
| 14613734 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14606957 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 23 2021 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2021 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2021 23:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14606938 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 23 2021 23:39:24 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14611274 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 23 2021 23:39:29 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14611095 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 23 2021 23:39:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14606939 | + | Email/Text: ebn@carepayment.com | Aug 23 2021 23:36:00 | Carepayment, PO Box 2398, Omaha, NE |

Case 21-11344-amc   Doc 24   Filed 08/25/21   Entered 08/26/21 00:33:53   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2021 | Form ID: 152 | Total Noticed: 37 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 68103-2398 |
| 14606942 | + | Email/Text: bankruptcy@philapark.org | Aug 23 2021 23:36:00 | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14606940 | + | Email/Text: bankruptcy@philapark.org | Aug 23 2021 23:36:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14606944 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 23 2021 23:36:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14606945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2021 23:39:27 | Department Store National Bank/ Macy's, Attention: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040 |
| 14606946 | + | Email/Text: bankruptcynotices@dcicollect.com | Aug 23 2021 23:36:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14606948 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Aug 23 2021 23:36:00 | Firstpoint Collection Resources, Consumer Contact Center, 2840 Electric Road, Suite# 202, Roanoke, VA 24018-3544 |
| 14612683 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2021 23:36:00 | INTERNAL REVENUE SERVICE, P O BOX 7317, PHILADELPHIA PA 19101-7317 |
| 14610390 | + | Email/Text: bankruptcy@philapark.org | Aug 23 2021 23:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Ste 5400, Philadelphia, Pa 19106-1558 |
| 14606955 | + | Email/Text: bankruptcy@sw-credit.com | Aug 23 2021 23:36:00 | SW Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14606956 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 23 2021 23:36:00 | Verizon, Verizon Wireless Bankruptcy Admin, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14606943 | *+ | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14606941 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14612684 | * | INTERNAL REVENUE SERVICE, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 14606949 | *+ | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 14606951 | *+ | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14606952 | *+ | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14610584 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2021           Signature:    /s/Joseph Speetjens

Case 21-11344-amc Doc 24 Filed 08/25/21 Entered 08/26/21 00:33:53 Desc Imaged
Certificate of Notice Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2021 | Form ID: 152 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Janice Y. Thomas brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor SLC 2018-1 Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Janice Y. Thomas

    Debtor(s)

Case No: 21−11344−amc

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/28/21 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

23 − 2
Form 152