**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Janice Y. Thomas | : | Chapter 13 |
| | : | No.: 21-11344-AMC |
|     Debtor(s) | : | |

**RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY WELLS FARGO BANK, N.A.**

    Debtor, Janice Y. Thomas, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Wells Fargo Bank, N.A., hereby submit the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Debtor avers she applied for a loan modification and was advised by an agent on behalf of Wells Fargo Bank, N.A. that payments were not necessary during that time.

8. No response.

9. Denied. Debtor avers that she was advised by an agent on behalf of Wells Fargo Bank, N.A. to not make payments while the final modification was pending approval.

10. Denied.

11. No objection.

12. Denied.

13. Denied

14. No response required.

WHEREFORE, based on the aforementioned, Debtors respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

Dated: February 24, 2022                                /s/ Brad J. Sadek, Esq.

                                                                    Brad J. Sadek, Esq.
                                                                    Attorney for the Debtor
                                                                    Sadek & Cooper
                                                                    1315 Walnut Street, #502
                                                                    Philadelphia, PA 19107
                                                                    (215) 545-0008

---

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West**
Standing Chapter 13 Trustee
Electronic Notice

**Andrew L. Spivack, Esq.**
Attorney for Movant *Dwelling Series IV Trust*
Electronic Notice to *pabkr@brockandscott.com*

Dated: February 24, 2022                                /s/Brad J. Sadek, Esq
                                                                    Brad J. Sadek, Esq.
                                                                    Attorney for Debtor
                                                                    1315 Walnut Street
                                                                    Suite #502
                                                                    Philadelphia, PA 19107