# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JANICE Y THOMAS<br><br>Wells Fargo Bank, N.A.,<br>       Movant<br><br>vs.<br><br>JANICE Y THOMAS,<br>       Debtor, | Case No. 21-11344-amc<br>Chapter 13 |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Wells Fargo Bank, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its Motion for Relief from Automatic Stay filed on February 8, 2022. Approved for Loan Modification.

This 10th day of March, 2022.

*/s/ Mario J. Hanyon*
Mario J. Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x3017
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JANICE Y THOMAS<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>JANICE Y THOMAS,<br>    Debtor, | Case No. 21-11344-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Motion For Relief From Automatic Stay has been electronically served or mailed, postage prepaid on this day to the following:

JANICE Y THOMAS
602 WANAMAKER ROAD
JENKINTOWN, PA 19046

Brad J. Sadek, Debtor's Attorney
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Kenneth E. West, Bankruptcy Trustee
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov

<u>March 11, 2022</u>

                                                    */s/ Mario J. Hanyon*
Mario J. Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com