IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JANICE Y THOMAS<br><br>Wells Fargo Bank, N.A.,<br>　　Creditor<br><br>vs.<br><br>JANICE Y THOMAS,<br>　　Debtor | Case No. 21-11344-amc<br>Chapter 13 |

## WITHDRAWAL OF SUPPLEMENTAL PROOF OF CLAIM FOR FORBEARANCE CLAIM

Wells Fargo Bank, N.A. ("Creditor"), by and through its legal counsel, hereby withdraws its Supplemental Proof of claim for Forbearance claim filed on November 23, 2021.  The Forbearance claim is being withdrawn because the amounts on the claim have been resolved via loan modification, deferral or partial claim.

This 10th day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　*/s/Andrew Spivack*
　　　　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　　　　Matt Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　　8757 Red Oak Boulevard, Suite 150
　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28217
　　　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JANICE Y THOMAS<br><br>Wells Fargo Bank, N.A.,<br>　　　Creditor<br><br>vs.<br><br>JANICE Y THOMAS,<br>　　　Debtor | Case No. 21-11344-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Supplemental Proof of claim for Forbearance claim has been electronically served or mailed, postage prepaid on this day to the following:

JANICE Y. THOMAS
602 WANAMAKER ROAD
JENKINTOWN, PA 19046

Brad J. Sadek,
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

June 10, 2022

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew Spivack*
　　　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　　　Matt Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　8757 Red Oak Boulevard, Suite 150
　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28217
　　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com