United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11344-amc |
| Janice Y. Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 19, 2022 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Y. Thomas, 602 Wanamaker Road, Jenkintown, PA 19046-2222 |
| 14697036 | | HSBC BANK, USA, N.A as Trustee for the registered, holders of Nomura Home Equity Loan, Inc, Certificates Series 2006-HE3, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14606950 | + | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14606953 | + | Municipl Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14608851 | + | SLC 2018-1 Trust, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14608655 | + | SLC 2018-1 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608894 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14609181 | + | U.S. Department of Housing and Urban Development, 2401 N.W. 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 14610583 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14610394 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14610395 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14613978 | + | Wells Fargo Bank, N.A., Default Document Processing, 1 Home Campus, Des Moines IA 50328-0001 |
| 14661333 | + | Wells Fargo Bank, N.A., Attention:Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14661332 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14606957 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14606936 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 00:10:00 | AES/CIT Trust, Attn: BK Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14606937 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 20 2022 00:10:00 | Caine & Weiner, Attn: Bankruptcy Department, 5805 Sepulveda Blvd, Van Nuys, CA 91411-2546 |
| 14606938 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 00:13:16 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14611274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 00:12:58 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14611095 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 00:12:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14606939 | + | Email/Text: ebn@carepayment.com | Jul 20 2022 00:10:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14606942 | + | Email/Text: bankruptcy@philapark.org | Jul 20 2022 00:10:00 | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14606940 | + | Email/Text: bankruptcy@philapark.org | Jul 20 2022 00:10:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14606944 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 21-11344-amc    Doc 59    Filed 07/21/22    Entered 07/22/22 00:30:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 155 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 20 2022 00:10:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14606945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 00:13:08 | Department Store National Bank/ Macy's, Attention: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040 |
| 14606946 | + | Email/Text: bankruptcynotices@dcicollect.com | Jul 20 2022 00:10:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14615266 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2022 00:10:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14606947 | ^ | MEBN | Jul 20 2022 00:05:43 | Eastern Account Systems, PO Box 837, Newtown, CT 06470-0837 |
| 14606948 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Jul 20 2022 00:10:00 | Firstpoint Collection Resources, Consumer Contact Center, 2840 Electric Road, Suite# 202, Roanoke, VA 24018-3544 |
| 14612683 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2022 00:10:00 | INTERNAL REVENUE SERVICE, P O BOX 7317, PHILADELPHIA PA 19101-7317 |
| 14610390 | + | Email/Text: bankruptcy@philapark.org | Jul 20 2022 00:10:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Ste 5400, Philadelphia, Pa 19106-1558 |
| 14618378 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 20 2022 00:10:00 | SLC 2018-1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14618578 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 20 2022 00:10:00 | SLC 2018-1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14606955 | + | Email/Text: bankruptcy@sw-credit.com | Jul 20 2022 00:10:00 | SW Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14606954 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 20 2022 00:10:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14606956 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2022 00:10:00 | Verizon, Verizon Wireless Bankruptcy Admin, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14661333 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 20 2022 09:55:34 | Wells Fargo Bank, N.A., Attention:Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14613734 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 20 2022 09:55:34 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14610395 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 20 2022 09:55:34 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14661332 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 20 2022 09:55:34 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14613978 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 20 2022 09:55:34 | Wells Fargo Bank, N.A., Default Document Processing, 1 Home Campus, Des Moines IA 50328-0001 |
| 14606957 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 20 2022 09:55:34 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14606943 | *+ | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia, PA 19101-1818 |

Case 21-11344-amc    Doc 59    Filed 07/21/22    Entered 07/22/22 00:30:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 155 | Total Noticed: 36 |

| 14606941 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14612684 | * | INTERNAL REVENUE SERVICE, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 14606949 | *+ | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 14606951 | *+ | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14606952 | *+ | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14610584 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14613734 | ##+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Janice Y. Thomas brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor SLC 2018-1 Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Janice Y. Thomas
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−11344−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 19, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                Ashely M. Chan
                                Judge ,
                                United States Bankruptcy Court

                                                        57 − 12
                                                       Form 155