**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| **JANICE Y THOMAS,** | : | **Bankruptcy No. 21-11344-amc** |
| Debtor | : | **Chapter 13** |
| **Wells Fargo Bank, N.A.** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| **JANICE Y THOMAS** | : | **11 U.S.C. §362** |
| and | | |
| **Kenneth E West, ESQUIRE (TRUSTEE)** | | |
| | | |
| Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING WELLS FARGO BANK, N.A.'S**
**MOTION FOR RELIEF FROM STAY (DE 61)**

The undersigned hereby certifies that, as of <u>September 13, 2022</u>, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before <u>September 2, 2022</u>.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  September 15, 2022

Respectfully submitted,

Brock & Scott, PLLC

<u>/s/Andrew Spivack</u>
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor

BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| **JANICE Y THOMAS,** | : | **Bankruptcy No. 21-11344-amc** |
| **Debtor** | : | **Chapter 13** |
| **Wells Fargo Bank, N.A.** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **JANICE Y THOMAS** | : | **11 U.S.C. §362** |
| **and** | | |
| **Kenneth E West, ESQUIRE (TRUSTEE)** | | |
| | | |
| **Respondent(s)** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on September 15, 2022 to the following:

JANICE Y THOMAS
602 WANAMAKER ROAD
JENKINTOWN, PA 19046

BRAD SADEK, Debtor's Attorney
Sadek and Cooper
1315 WALNUT ST STE 502
PHILADELPHIA, PA 19107

Kenneth E West, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002

Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com