United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Janice Y. Thomas  
       Debtor

Case No. 21-11344-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 28, 2022      Form ID: 138OBJ      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Y. Thomas, 602 Wanamaker Road, Jenkintown, PA 19046-2222 |
| 14697036 | | HSBC BANK, USA, N.A as Trustee for the registered, holders of Nomura Home Equity Loan, Inc, Certificates Series 2006-HE3, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14606950 | + | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14606953 | + | Municipl Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14608851 | + | SLC 2018-1 Trust, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14608894 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14609181 | + | U.S. Department of Housing and Urban Development, 2401 N.W. 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 14610583 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14610394 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14606936 | + | Email/Text: bncnotifications@pheaa.org | Sep 28 2022 23:25:00 | AES/CIT Trust, Attn: BK Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14606937 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 28 2022 23:25:00 | Caine & Weiner, Attn: Bankruptcy Department, 5805 Sepulveda Blvd, Van Nuys, CA 91411-2546 |
| 14606938 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:33:04 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14611274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:33:09 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14611095 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2022 23:33:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14606939 | + | Email/Text: ebn@carepayment.com | Sep 28 2022 23:25:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14606942 | + | Email/Text: bankruptcy@philapark.org | Sep 28 2022 23:25:00 | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14606940 | + | Email/Text: bankruptcy@philapark.org | Sep 28 2022 23:25:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14606944 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 28 2022 23:25:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14606945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|           |   |                                                                 |                      |                                                                                                          |
|-----------|---|-----------------------------------------------------------------|----------------------|----------------------------------------------------------------------------------------------------------|
|           |   |                                                                 | Sep 28 2022 23:33:17 | Department Store National Bank/ Macy's, Attention: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040           |
| 14606946  | + | Email/Text: bankruptcynotices@dcicollect.com                    | Sep 28 2022 23:25:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268                                |
| 14615266  | + | Email/Text: ECMCBKNotices@ecmc.org                              | Sep 28 2022 23:25:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408                                                               |
| 14606947  | ^ | MEBN                                                            | Sep 28 2022 23:24:32 | Eastern Account Systems, PO Box 837, Newtown, CT 06470-0837                                              |
| 14606948  | + | Email/Text: bankruptcy@firstpointcollectionresources.com        | Sep 28 2022 23:25:00 | Firstpoint Collection Resources, Consumer Contact Center, 2840 Electric Road, Suite# 202, Roanoke, VA 24018-3544 |
| 14612683  |   | Email/Text: sbse.cio.bnc.mail@irs.gov                           | Sep 28 2022 23:25:00 | INTERNAL REVENUE SERVICE, P O BOX 7317, PHILADELPHIA PA 19101-7317                                       |
| 14610390  | + | Email/Text: bankruptcy@philapark.org                            | Sep 28 2022 23:25:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Ste 5400, Philadelphia, Pa 19106-1558 |
| 14618378  |   | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com   | Sep 28 2022 23:25:00 | SLC 2018-1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250     |
| 14618578  | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com   | Sep 28 2022 23:25:00 | SLC 2018-1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450     |
| 14608655  | ^ | MEBN                                                            | Sep 28 2022 23:24:44 | SLC 2018-1 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541          |
| 14606955  | + | Email/Text: bankruptcy@sw-credit.com                            | Sep 28 2022 23:25:00 | SW Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958                     |
| 14606954  | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com   | Sep 28 2022 23:25:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250           |
| 14606956  | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:24:00 | Verizon, Verizon Wireless Bankruptcy Admin, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14661333  | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com          | Sep 28 2022 23:33:06 | Wells Fargo Bank, N.A., Attention:Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14613734  | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com          | Sep 28 2022 23:33:13 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14610395  | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com          | Sep 28 2022 23:33:07 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200                        |
| 14661332  | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com          | Sep 28 2022 23:33:06 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629                         |
| 14613978  | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com          | Sep 28 2022 23:33:13 | Wells Fargo Bank, N.A., Default Document Processing, 1 Home Campus, Des Moines IA 50328-0001             |
| 14606957  |   | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com          | Sep 28 2022 23:33:13 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 14606943 | *+            | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia, PA 19101-1818 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

| | | |
|---|---|---|
| 14606941 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14612684 | * | INTERNAL REVENUE SERVICE, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 14606949 | *+ | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 14606951 | *+ | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14606952 | *+ | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3292 |
| 14610584 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Janice Y. Thomas brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor SLC 2018-1 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Janice Y. Thomas
        Debtor(s)

Case No: 21−11344−amc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/28/22