United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11344-amc
Janice Y. Thomas  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Feb 14, 2023  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Janice Y. Thomas, 602 Wanamaker Road, Jenkintown, PA 19046-2222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

**Name**  **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRAD J. SADEK
    on behalf of Debtor Janice Y. Thomas brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor SLC 2018-1 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: 195 | Total Noticed: 1 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Janice Y. Thomas : Case No. 21−11344−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , February 14,2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court