**Fill in this information to identify the case:**

Debtor 1 _Janice Y. Thomas_

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _Eastern District of Pennsylvania_

Case number _2111344_

## Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): _5-1_

**Date of payment change:**
Must be at least 21 days after date
of this notice                                         _01/01/2022_

**New total payment:**
Principal, interest, and escrow, if any                $_1514.76_

**Last 4 digits** of any number you use to
identify the debtor's account:         1   6   7   5

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis
      for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _895.34_                 New escrow payment: $ _853.26_

---

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
      attached, explain why:

   Current interest rate: _____% 
   New interest rate: _____%

   Current principal and interest payment: $ _____
   New principal and interest payment: $ _____

---

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      *(Court approval may be required before the payment change can take effect.)*

   Reason for change:

   Current mortgage payment: $ _____
   New mortgage payment: $ _____

Janiece V Thomas
Debtor 1    First Name    Middle Name    Last Name    Case number (if known)

---

| **Part 4:** | **Sign Here** |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Mikiya Ratliff

Signature

Date  11/23/2021

Print: Ratliff, Mikiya

First Name    Middle Name    Last Name

VP Loan Documentation

Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y

Number    Street

P.O. Box 1629

Address 2

Minneapolis    MN    55440-9790

City    State    ZIP Code

Contact phone  800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

Email

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter   13  No. 2111344

Judge:  Ashely M. Chan

In re:

Janice Y. Thomas

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 24, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                            By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Janice Y. Thomas
602 Wanamaker Road

Jenkintown PA 19046

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:                 By Court's CM/ECF system registered email address

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street Suite 502

Philadelphia PA 19107

By Court's CM/ECF system registered email address

N/A

Trustee:                           By Court's CM/ECF system registered email address

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813

Philadelphia PA 19107

/s/Mikiya Ratliff

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO | HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | November 9, 2021 |
| **Loan number:** | |
| **Property address:** | |

602  WANAMAKER ROAD
ABINGTON TOWNSHIP PA 19046

JANICE THOMAS
602 WANAMAKER RD
JENKINTOWN PA 19046

## Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

***PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.***

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **January 1, 2022** payment, the contractual portion of the escrow payment **decreases**.

> **The escrow account has an overage of $141.60**

## Part 1 - Mortgage payment

### New Payment — The new total payment will be $1,514.76

| | Previous payment through 12/01/2021 payment date | New payment beginning with the 01/01/2022 payment |
|---|---|---|
| **Principal and/or interest** | $661.50 | $661.50 |
| **Escrow payment** | $895.34 | $853.26 |
| **Total payment amount** | $1,556.84 | $1,514.76 |

> **No action required**
>
> Starting **January 1, 2022** the new contractual payment amount will be **$1,514.76**

See Page 2 for additional details.

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $3,812.00. For the coming year, we expect the amount paid from escrow to be $10,239.00.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 02/20 - 01/21 (Actual) | 01/21 - 12/21 (Actual) | 06/21 - 11/21 (Actual) | 01/22 - 12/22 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $5,035.00 | $5,177.00 | $3,812.00 | $5,177.00 | ÷ | 12 | = | $431.42 |
| Property insurance | $3,094.00 | $1,782.00 | $0.00 | $1,166.00 | ÷ | 12 | = | $97.17 |
| Flood insurance | $11,332.00 | $3,896.00 | $0.00 | $3,896.00 | ÷ | 12 | = | $324.67 |
| Total taxes and insurance | $19,461.00 | $10,855.00 | $3,812.00 | $10,239.00 | ÷ | 12 | = | $853.26 |
| Total escrow | $19,461.00 | $10,855.00 | $3,812.00 | $10,239.00 | | | | $853.26 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  August, 2022 | | -$3,110.32 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $4,958.44 | |
| Minimum balance for the escrow account† | - | $1,706.52 | (Calculated as: $853.26  X 2 months) |
| **Escrow overage** | = | $141.60 | |

‡This adjustment of $4,958.44, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

**Escrow account projections from January, 2022 to December, 2022**

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|------|------|------|------|------|------|
| Dec 2021 | | | Starting balance | $302.60 | $5,119.44 |
| Jan 2022 | $853.26 | $0.00 | | $1,155.86 | $5,972.70 |
| Feb 2022 | $853.26 | $1,166.00 | STATE FARM INS | $843.12 | $5,659.96 |
| Mar 2022 | $853.26 | $1,365.00 | ABINGTON TOWNSHIP (6) | $331.38 | $5,148.22 |
| Apr 2022 | $853.26 | $0.00 | | $1,184.64 | $6,001.48 |
| May 2022 | $853.26 | $0.00 | | $2,037.90 | $6,854.74 |
| Jun 2022 | $853.26 | $0.00 | | $2,891.16 | $7,708.00 |
| Jul 2022 | $853.26 | $3,896.00 | AMERICAN BANKERS INS CO | -$151.58 | $4,665.26 |
| Aug 2022 | $853.26 | $3,812.00 | ABINGTON TWP SD (6) | -$3,110.32 | $1,706.52 |
| Sep 2022 | $853.26 | $0.00 | | -$2,257.06 | $2,559.78 |
| Oct 2022 | $853.26 | $0.00 | | -$1,403.80 | $3,413.04 |
| Nov 2022 | $853.26 | $0.00 | | -$550.54 | $4,266.30 |
| Dec 2022 | $853.26 | $0.00 | | $302.72 | $5,119.56 |
| Totals | $10,239.12 | $10,239.00 | | | |

## Part 4 - Escrow account history

**Escrow account activity from June, 2021 to December, 2021**

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|------|------|------|------|------|------|------|------|------|------|------|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jun 2021 | | | | | | | Starting Balance | -$45,013.52 | $2,805.66 | -$47,819.18 |
| Jun 2021 | $0.00 | $895.34 | -$895.34 | $0.00 | $0.00 | $0.00 | | -$45,013.52 | $3,701.00 | -$48,714.52 |
| Jul 2021 | $0.00 | $895.34 | -$895.34 | $0.00 | $0.00 | $0.00 | | -$45,013.52 | $4,596.34 | -$49,609.86 |
| Aug 2021 | $0.00 | $895.34 | -$895.34 | $3,812.00 | $3,701.00 | $111.00 | ABINGTON TWP SD (6) | -$48,825.52 | $1,790.68 | -$50,616.20 |
| Sep 2021 | $0.00 | $895.34 | -$895.34 | $0.00 | $0.00 | $0.00 | | -$48,825.52 | $2,686.02 | -$51,511.54 |
| Oct 2021 | $0.00 | $895.34 | -$895.34 | $0.00 | $0.00 | $0.00 | | -$48,825.52 | $3,581.36 | -$52,406.88 |
| Nov 2021 (estimate) | $48,232.78 | $895.34 | $47,337.44 | $0.00 | $0.00 | $0.00 | | -$592.74 | $4,476.70 | -$5,069.44 |
| Dec 2021 (estimate) | $895.34 | $895.34 | $0.00 | $0.00 | $0.00 | $0.00 | | $302.60 | $5,372.04 | -$5,069.44 |
| Totals | $49,128.12 | $6,267.38 | $42,860.74 | $3,812.00 | $3,701.00 | $111.00 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19